UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR218-045

| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| --- | --- | --- |
|  | ) |  |
| v. | ) | VIO: 21 U.S.C. § 843(b) |
|  | ) | Unlawful Use of Communication |
| JIMMY KYLE BAUGH | ) | Facility |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
*Unlawful Use of Communication Facility*
21 U.S.C. § 843(b)

That on or about November 7, 2016, at approximately 9:08 a.m., in Glynn County, within the Southern District of Georgia, and elsewhere, the defendant,

**JIMMY KYLE BAUGH,**

knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing, and facilitating a conspiracy to possess with intent to distribute and distribute controlled substances, which constitutes a felony violation of Title 21 U.S.C. § 846, all done in violation of Title 21, United States Code, Section 843(b).

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Brian T. Rafferty
Assistant United States Attorney

_____
Karl I. Knoche*
Assistant United States Attorney
*Lead Counsel